Mr. Louise Pearson, Clerk,
of the Court of Criminal Appeals
of Texas.

77,701-02   1-22-15,

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 28 2015

Abel Acosta, Clerk

Mr. Erasmo Aauta Jr. ~~Abel Acosta, Clerk~~ No.
2007-CR-10591, I've been requesting my Event Log
Display sheet from the trial Clerk court room, And
I even had my family call this Clerk and she has not
returned none of my letter's or family phone calls.
I paid the charging fee for this information and I
only received half the Information,. The Clerk has
put (end of list) at the end of this sheet, I am
sending A copy of what I've received which is
not the end of my list. I was appointed A
Attorney on 8-20-08 As it States, This was my
trial Attorney which the Courts are covering up
his Actions from the time appointed to my Case.
I went to trial around 10/09 And I'm trying
to get his Actions from the time appointed up
untill the end of trial, Is when he was removed
from my case. I'm asking this Court to please
order the trial court Clerk to send me this part
#2 sheet of this Event Log Display from 8-20-08
up untill 10/09, the end of trial? I have no
proublem in paying another fee for this information
I've been requesting, If I have to.

(over)

I think you for your time, & help. God Bless you

Sincerely yours

Mr. Erasmo Santa Jr.
T.D.C. # 1602845
Coffield unit
2661 F.M. 2054
Tenn. Colony, Tx. 75884.

This is in
Bexar County.
Court Room 186TH
Judge: Maria Teresa Herr
Case # 2007-CR-10591
SID.# 843943

***** Bexar County Criminal Justice Information System *****
- Event Log Display -

JN: 1258027    Juris Court: D186    Case Nbr: 2007CR10591    R S    DOB    Lo
                                                              L M 19670804  JA
SID: 0843943   Suff: 01   Name: SANTA, ERASMO
         Code    Date    Description    Qualifier    CNC Date   Term Oper

| | Code | Date | Description | Qualifier | CNC | Date | Term | Oper |
|---|---|---|---|---|---|---|---|---|
| 001 - | 1001 | 08182007 | F2 130111 AGG ASSAULT -SBI | | 1 | 09012007 | A1BA | 3054 |
| 002 - | 1002 | 08182007 | COMPLAINT FILED | MC 942473 | 1 | 09012007 | A1BA | 3054 |
| 003 - | 1001 | 08182007 | F1 090420 MURDER | | 1 | 11272007 | DY75 | 1504 |
| 004 - | 1202 | 08312007 | BOND SET | 20000.00 | 00000001 | 09012007 | A1BA | 3054 |
| 005 - | 1013 | 08312007 | DEF. MAGISTRATED | | 1 | 09012007 | A1BA | 3054 |
| 006 - | 1301 | 08312007 | WARRANT ISSUED | 0000000 | 1 | 09012007 | A1BA | 3054 |
| 007 - | 0802 | 08312007 | PRE-INDICT FUG | | 1 | 09012007 | A1BA | 3054 |
| 008 - | 1302 | 08312007 | WARRANT RECEIVED | 1205831 | 1 | 09012007 | A1BA | 3054 |
| 009 - | 6300 | 08312007 | ER2 RECV FROM DPS | | 1 | 09022007 | BATC | SYST |
| 010 - | 1101 | 09012007 | BOOKED | B20074885401 | 1 | 09012007 | A1BA | 3054 |
| 011 - | 1311 | 09012007 | WARRANT EXECUTED | 1205831 | 1 | 09012007 | A1BA | 3054 |
| 012 - | 0102 | 09012007 | AWTG INDICTMENT | | 1 | 09012007 | A1BA | 3054 |
| 013 - | 6402 | 09012007 | Offender record sent to VINE | 12580270011 | 1 | 09012007 | NATU | 3054 |
| 014 - | 6403 | 09012007 | Charge record sentto VINE | 12580270011 | 1 | 09012007 | NATU | 3054 |
| 015 - | 1401 | 09052007 | GJ NUMBER ASSIGNED | GJ475760 | 1 | 09052007 | DAAF | 0955 |
| 016 - | 2545 | 09052007 | INTAKE DA | 00788656 | 1 | 09052007 | DAAF | 0955 |
| 017 - | 1321 | 09052007 | WARRANT RETURNED | 1205831 | 1 | 09052007 | SHBG | 1489 |
| 018 - | 2502 | 09262007 | DEF ATTORNEY APP | 17362300 | 1 | 09262007 | SYS | SYS |
| 019 - | 4302 | 09262007 | ATTORNEY APPOINTED | V0930P0097 | 1 | 09272007 | DCHD | 3116 |
| 020 - | 2066 | 10022007 | PRE-HEARING SET | D186 | 1 | 09012007 | A1BA | 3054 |
| 021 - | 2545 | 10032007 | INTAKE DA | 00788185 | 1 | 10032007 | DAAF | 0955 |
| 022 - | 2525 | 10052007 | DA INVESTIGATOR | 0544751 | 1 | 10052007 | DY12 | 0500 |
| 023 - | 4100 | 10102007 | LETTER TO DC COURT | | 1 | 10112007 | KKC2 | 3221 |
| 024 - | 2068 | 10302007 | PRE-HEARING RESET | D186 | 1 | 10022007 | DCQ5 | 0068 |
| 025 - | 1402 | 11272007 | DA INVEST COMPLETE | | 1 | 11272007 | DY12 | 0500 |
| 026 - | 1003 | 11272007 | EHN-HABITUAL | | 1 | 11272007 | DY75 | 1504 |
| 027 - | 1431 | 11282007 | INDICTED BY GJ | | 1 | 11282007 | DCHC | 1935 |
| 028 - | 4301 | 11282007 | GRAND JURY REPORT | V0937P2197 | 1 | 12072007 | DCHC | 1935 |
| 029 - | 1511 | 11282007 | DIST COURT ASSIGN | D186 2007CR10591 | 1 | 11282007 | DCHC | 1935 |
| 030 - | 6402 | 11282007 | Offender record sent to VINE | 12580270011 | 1 | 11282007 | NATU | 1935 |
| 031 - | 6403 | 11282007 | Charge record sentto VINE | 12580270011 | 1 | 11282007 | NATU | 1935 |
| 032 - | 4343 | 11282007 | TRUE BILL INDCTMNT | V0937P0442 | 1 | 11302007 | KKA1 | 1180 |
| 033 - | 2001 | 11302007 | ARRAIGNMENT SET | | 1 | 11282007 | DCHC | 1935 |
| 034 - | 0130 | 11302007 | AWTG TRIAL SETTING | | 1 | 11282007 | DCHC | 1935 |
| 035 - | 4100 | 12142007 | MTN TO W/DRAW AS ATTORNEY OF RECORD | | 1 | 12142007 | DCNI | 1860 |
| 036 - | 4300 | 12142007 | ORD W/DRAW AS COUN | V0955P1149 | 1 | 05122008 | DCQV | 1683 |
| 037 - | 2502 | 12172007 | DEF ATTORNEY APP | 00784980 | 1 | 12172007 | DCJ2 | 0694 |
| 038 - | 4302 | 12172007 | ATTORNEY APPOINTED | V0955P1147 | 1 | 05122008 | DCQV | 1683 |
| 039 - | 4421 | 12172007 | ATY CLAIM FOR PMT C RUBIOLA(340.00) | | 1 | 12272007 | DCHB | 1441 |
| 040 - | 4420 | 12272007 | ATY CLAIM FRWD AUD | 340.00 | 1 | 12272007 | DCHB | 1441 |
| 041 - | 0729 | 12272007 | UNPAID BALANCE OF 340.00 | | 1 | 12272007 | DCHB | 1441 |
| 042 - | 2011 | 03242008 | TRIAL DATE SET | | 1 | 12042007 | DCHE | 1529 |
| 043 - | 0104 | 03242008 | AWTG TRIAL | | 1 | 12042007 | DCHE | 1529 |
| 044 - | 4100 | 05192008 | MOTION TO INCREASE | BOND | 1 | 05192008 | DCJ2 | 0694 |
| 045 - | 4300 | 05192008 | ORDER INCREASE BND | V0000P0000 | 1 | 05192008 | DCJ2 | 0694 |
| 046 - | 1204 | 05192008 | BOND INCREASE | 100000.00 | 00000601 | 05192008 | DCJ2 | 0694 |
| 047 - | 4100 | 05212008 | BOND INCREASED | APPROV PER JDG HERR | 1 | 05232008 | DCHB | 1441 |
| 048 - | 2012 | 08112008 | TRIAL DATE RESET | | 1 | 04032008 | DCHE | 1529 |
| 049 - | 0104 | 08112008 | AWTG TRIAL | | 1 | 04032008 | DCHE | 1529 |
| 050 - | 4300 | 08142008 | ORD WITHDRAW COUNS | V0000P0000(SKINNER) | 1 | 08212008 | DCHB | 1441 |
| 051 - | 2502 | 08202008 | DEF ATTORNEY APP | 18134500 | 1 | 08202008 | DCQ5 | 0068 |
| 052 - | 4302 | 08202008 | ATTORNEY APPOINTED | V000P0000 | 1 | 08202008 | DCQ5 | 0068 |

***** End of List *****

E. Skinner
(210) 621-3620
old Attorney

new Attorney appointed to my
case...
Mr. Edward F. Shaughnessey III

This not the end of the list. this is where he start